UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.

<u>Matthew Chase</u>                    Criminal No. 09-cr-97-04-JL


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 84) filed by defendant is granted. No further continuances without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

Date: July 15, 2009              _____
                                           Joseph N. Laplante
                                           United States District Judge

cc: Lawrence A. Vogelman, Esq.
Jessica C. Brown, AFD
Glenn G. Geiger, Esq.
Mark E. Howard, Esq.
Richard H. Hubbard, Esq.
Bruce E. Kenna, Esq.
Richard F. Monteith, Jr., Esq.
Stanley W. Norkunas, Esq.
Michael J. Sheehan, Esq.
Jennifer C. Davis, AUSA
U.S. Marshal
U.S. Probation