UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Criminal No. 09-cr-97-04-JL

Matthew Chase

O R D E R

    The assented to motion to reschedule jury trial (document no. 98) filed by defendant is granted in part.

    This is the third continuance request, and the court's last order provided that no further continuances would be granted without a hearing.  The court is reluctant to grant another request without a hearing, but will do so, while limiting the continuance to 30 days.  No further requests for continuances should be filed.  If the parties are unable to resolve or try this case by the new trial date, a request for a status conference, attended by defense counsel for all unresolved cases, should be jointly made.

    Defendant shall file a waiver of speedy trial rights within 10 days.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  September 24, 2009

cc:
Lawrence A. Vogelman, Esq.
Jessica C. Brown, AFD
Glenn G. Geiger, Esq.
Mark E. Howard, Esq.
Richard H. Hubbard, Esq.
Bruce E. Kenna, Esq.
Richard F. Monteith, Jr., Esq.
Stanley W. Norkunas, Esq.
Michael J. Sheehan, Esq.
U.S. Marshal
U.S. Probation